**FEDERAL PUBLIC DEFENDER**
**WESTERN DISTRICT OF NORTH CAROLINA**
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575

*John G. Baker*
Federal Public Defender

***Brook Antonio, II***
*First Assistant*

January 31, 2022

**BY ECF**
The Honorable Mark J. Langer, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

**RE:**    28(j) letter for *United States v. Little*, D.C. Cir. No. 22-3018

Dear Mr. Langer:

      We write to alert the panel to Judge Friedrich's comprehensive opinion in *United States v. Panayiotou*, No. 22-cr-55 (D. D.C. Jan. 25, 2023). The opinion address the same statutory-interpretation question pending before this panel, and Judge Friedrich persuasively explains that "a compound sentence of a term of imprisonment and a term of probation, jointly imposed for conviction of a single petty misdemeanor offense, is unlawful." Slip op. at 1.

      We urge the Court to reach this same conclusion and reverse the district court's contrary decision in this case.

                                    Sincerely,

                                    /s/ Joshua B. Carpenter
                                    *Counsel for James Little*

cc: AUSA James Pearce