# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-3018**                                    **September Term, 2022**
                                                   FILED ON: AUGUST 18, 2023

UNITED STATES OF AMERICA,
                    APPELLEE

v.

JAMES LITTLE,
                    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00315-1)

---

Before: WILKINS and WALKER, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Little's sentence be vacated and the case be remanded to the District Court for resentencing, in accordance with the opinion of the court filed herein this date.

## Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: August 18, 2023

Opinion for the court filed by Circuit Judge Walker.
Dissenting opinion filed by Circuit Judge Wilkins.