UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 22-3018

———————————

UNITED STATES OF AMERICA,  Appellee,

v.

JAMES LITTLE,  Appellant.

## MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR REHEARING EN BANC

Appellee, the United States, respectfully requests a 30-day extension of time within which to file any petition for rehearing en banc. As grounds for this motion the government states as follows:

On August 18, 2023, a divided panel of the Court held that a district court may not sentence a defendant convicted of a single petty offense to both imprisonment and probation. *United States v. Little*, No. 22-3018, 2023 WL 5313529 (D.C. Cir. Aug. 18, 2023). Circuit Judge Wilkins wrote a lengthy dissent.

The government is considering whether to seek rehearing en banc. A rehearing petition would be due on October 2, 2023.

The decision whether to seek rehearing en banc is made by the Solicitor General, following review first by the Appellate Section of the Criminal Division of the Department of Justice, then by an attorney in the Solicitor General's Office, and finally by the Deputy Solicitor General. The Department of Justice has informed the United States Attorney's Office that, due to a number of other competing cases from around the country, this multilayered review process will require an additional 30 days beyond the current deadline of October 2.

We respectfully submit that granting this motion is in the interest of justice. The Court's ruling will affect numerous defendants convicted of offenses related to the January 6, 2021, riot at the Capitol. Without a 30-day extension, the government will be unable to make a considered decision whether to seek further review.

Little opposes this motion. We recognize that Little wishes to end his probationary term as soon as possible. The broad impact of this case, however, supports allowing the government to assess whether a rehearing petition is merited. We note too that Little sought, and received, extensions of 45 days to file his opening brief and 21 days to file

his reply. The government has not previously sought any extension of time in this case.

## CONCLUSION

WHEREFORE, the government respectfully requests that the Court extend the period for filing any petition for rehearing en banc by 30 days, to November 1, 2023.

                                   Respectfully submitted,

                                   MATTHEW M. GRAVES
                                   United States Attorney

                                   CHRISELLEN R. KOLB
                                   Assistant United States Attorney

                                            /s/
                                   ELIZABETH H. DANELLO
                                   D.C. Bar #407606
                                   Assistant United States Attorney
                                   601 D Street, NW, Room 6.232
                                   Washington, D.C. 20530
                                   Elizabeth.Danello@usdoj.gov
                                   (202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 343 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2023, I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Joshua B. Carpenter.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney